**Jiame J. HARGROVE, Petitioner–Appellant,**

**v.**

**Dennis HARRISON, Jr., Warden; Michael Gaines, United States Parole Commissioner, Respondents–Appellees.**

No. 01–6157.

United States Court of Appeals, Fourth Circuit.

Submitted May 24, 2001.

Decided June 1, 2001.

Jiame J. Hargrove, pro se. Arthur Erwin Peabody, Jr., Office of the United States Attorney, Alexandria, VA, for appellees.

Before WIDENER, WILLIAMS, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Jiame J. Hargrove appeals the district court order denying relief on his 28 U.S.C.A. § 2241 (West 1994 & Supp.2000) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hargrove v. Harrison,* No. CA–00–1400–AM (E.D.Va. filed: December 14, 2000; entered: Dec. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*